# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JASON ADLER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HILTON GRAND VACATIONS COMPANY, LLC, a Delaware limited liability corporation; HILTON RESORTS CORPORATION, a Delaware corporation, dba Hilton Grand Vacations; HILTON GRAND VACATIONS MANAGEMENT, LLC, a Nevada limited liability company, dba Hilton Grand Vacations and HILTON GRAND VACATIONS CLUB, LLC, a Delaware limited liability company, dba Hilton Grand Vacations Club,<br><br>　　　　　Defendants.<br><br>─────────────────────────────<br><br>HILTON GRAND VACATIONS COMPANY, LLC,<br><br>　　　　　Counter-Claimant,<br><br>vs.<br><br>JASON ADLER,<br><br>　　　　　Counter-Defendant. | Case No. 2:14-cv-1705-APG-GWF<br><br>**ORDER FOR DISMISSAL** |

On September 17, 2015, I conducted a Contempt Hearing. Plaintiff JASON ADLER ("Plaintiff") failed to appear. I found the facts certified by Magistrate Judge Hoffman to warrant the imposition of the recommended civil contempt sanction for Plaintiff. (**Dkt. #26**). In addition, I found that an award of costs in the amount of $5,253.50 for Defendants and Counter-Claimant, HILTON GRAND VACATIONS COMPANY, LLC, HILTON RESORTS CORPORATION, HILTON GRAND VACATIONS MANAGEMENT, LLC and HILTON GRAND VACATIONS CLUB, LLC, ("Defendants") was warranted as the amount of hours expended and hourly rates

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1  charged were reasonable.  In lieu of the civil contempt sanction and award of costs, I granted
2  Defendants' request for dismissal of this action.  I found dismissal of this action to be justified based
3  on both the Recommendation of Magistrate Judge Hoffman **(Dkt. #26)** and Defendants' Motion to
4  Dismiss **(Dkt. #24)**.  Accordingly, this action is hereby dismissed with prejudice.

Dated:  September 18, 2015

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.